UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 08-61621-CIV-MORENO

JAMES WELLS,

    Plaintiff,

vs.

WALTER A. MCNEIL,

    Defendant.
_____/

**CLOSED CIVIL CASE**

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DENYING PLAINTIFF'S PETITION FOR WRIT OF HABEAS CORPUS

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge, for a Report and Recommendation on Plaintiff's Petition for Writ of Habeas Corpus **(D.E. No. 1)**, filed on **October 9, 2008**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 11)** on **July 21, 2009**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 11)** on **July 21, 2009** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Plaintiff's Petition for Writ of Habeas Corpus is **DENIED**.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of August, 2009.

                                                                _____
                                                                 FEDERICO A. MORENO
                                                                 UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Patrick A. White
Counsel of Record